IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Powe, Selliestine | Case Number: 07 B 02130 |
| | Judge: Wedoff, Eugene R |
| Printed: 2/19/08 | Filed: 2/7/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 3, 2008
Confirmed: May 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,176.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,058.50 |
| Trustee Fee: | | 117.50 |
| Other Funds: | | 0.00 |
| Totals: | 2,176.00 | 2,176.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,874.00 | 2,058.50 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 11,000.00 | 0.00 |
| 4. | Capital One | Unsecured | 3,460.42 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 2,834.06 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 1,681.89 | 0.00 |
| 7. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 8. | GEMB | Unsecured | | No Claim Filed |
| 9. | Household | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 21,850.37 | $ 2,058.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 117.50 |
| | _____ |
| | $ 117.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Powe, Selliestine

Printed:  2/19/08

Case Number:  07 B 02130
Judge:  Wedoff, Eugene R
Filed:  2/7/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                               Marilyn O. Marshall, Trustee, by:

